35 So.3d 130 (2010)
Michael C. McGILL, Appellant,
v.
STATE of Florida, Appellee.
No. 1D09-2528.
District Court of Appeal of Florida, First District.
May 19, 2010.
Nancy A. Daniels, Public Defender, and Phil Patterson, Assistant Public Defender, Tallahassee, for Appellant.
*131 Bill McCollum, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Appellee.
PER CURIAM.
AFFIRMED. Blockburger v. U.S., 284 U.S. 299, 52 S.Ct. 180, 76 L.Ed. 306 (1932).
KAHN, ROWE, and MARSTILLER, JJ., concur.